PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Morales-Torres                               Cr.: 94-079-02

Name of Sentencing Judicial Officer: The Honorable Raymond L. Acosta  (D/PR)

Transfer of Jurisdiction: To District of New Jersey Effective 08/22/05

Name of Newly Assigned Judicial Officer: The Honorable Dennis M. Cavanaugh (D/NJ)

Date of Original Sentence: 09/29/04

Original Offense: Armed Carjacking and Aiding and Abetting

Original Sentence: 121 Months Custody, 5 Years Supervised Release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/06/03

Assistant U.S. Attorney: To be assigned.                   Defense Attorney: To be assigned

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                     On July 16, 2007, Victor Torres-Morales was arrested by the Jersey City Police and charged with terroristic threats by brandishing a black handgun, possession of a handgun for unlawful purposes, and possession of a weapon.

                     The charges stem from a domestic dispute with his paramour which resulted in the offender allegedly brandishing a handgun and threatening her with bodily harm.

PROB 12C - Page 2
Victor Morales-Torres

2  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On May 15, 2007, the offender submitted urine sample (C-00843287) which tested positive for morphine, codeine and hydromorphone via lab confirmation. The drug test was procured at the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: August 1, 2007

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Aug 8, 2007
Date

**Dennis M. Cavanaugh**
U.S. District Judge